IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-852-AP**

**ANDREA GORDON, f/k/a ANDREA BACA,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #23), filed January 21, 2009, is **GRANTED**. In consideration thereof, it is

**ORDERED** that Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,700.00**.

Dated at Denver, Colorado, this 22nd day of January, 2009.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT